## AMASA JONES, APPELLANT, *v.* NELSON OWEN, RESPONDENT.

*Cross appeals from Justice's Court — how heard.*

When both parties appeal from a judgment of the Justice's Court, the plaintiff on the ground that the damages awarded by the jury were too small, and the defendant on the ground that it charged him with any damages, both appeals should be heard together and judgment and costs given for the appellant showing himself in the right upon his appeal.   It is error to have the appeals heard separately and to have separate judgments entered thereon.   (*Glassner* v. *Wheaton*, 2 E. D. Smith, 352.)

APPEAL from a judgment of the Cortland County Court, reversing a judgment of a Justice's Court in favor of the plaintiff, with costs of the appeal.

On cross appeals from a judgment of the Justice's Court, separately heard in the County Court, Jones reversed on his appeal the justice's judgment and recovered costs of the appeal against Owen, and Owen on his appeal also reversed the same judgment and recovered his costs of appeal against Jones.

The case came before the General Term on the papers used in the County Court on the appeal of Owen, and the court was thus enabled only to review the decision of the County Court reversing the justice's judgment and giving the defendant costs of appeal against plaintiff.

*Bouton & Champlin*, for appellant.   *Waters & Sands*, for respondent.

Third Department, September Term, 1875.

Opinion by Boardman, J.

Present — Learned, P. J., Boardman and James, JJ.

Judgment of County Court reversed, with costs to the plaintiff, and judgment of justice's court affirmed.